## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**KEVIN GRAY,**

    **Plaintiff,**

**v.**                                                      **Case No. 1:19-cv-336-AW-GRJ**

**AUTOMOTIVE SERVICES, LLC, and**
**EARL STRICKLAND,**

    **Defendants.**

_____/

## ORDER DISMISSING FOR FAILURE TO EFFECT SERVICE

Plaintiff filed this case in December 2019. The court granted an extension of time to effect service but warned that failure to serve by April 30 would lead to dismissal without further notice. ECF No. 6. On April 30, Plaintiff moved to allow service by U.S. Mail, which the court denied. ECF Nos. 7, 8.

Because Plaintiff has not timely served either defendant, the case is dismissed without prejudice. *See* Fed. R. Civ. P. 4(m). The clerk will close the file.

SO ORDERED on May 8, 2020.

                                                              s/ *Allen Winsor*
                                                              United States District Judge